# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0365

_____

Storm C. Sims,

Petitioner,

v.

State of Florida,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 31, 2024

Per Curiam.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

Kelsey, Winokur, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Storm C. Sims, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.